ACCEPTED
03-14-00029-CV
6244541
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:49:19 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00029-CV

| | | |
|---|---|---|
| **Oscar Melendez and** | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>7/27/2015 10:49:19 PM<br>JEFFREY D. KYLE<br>Clerk |
| **Connie Melendez,** | § | **In the Court of Appeals** |
| *Appellants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Citimortgage, Inc.,** | § | |
| **Ernestine Williams** | § | |
| **and** | § | |
| **Wendy Alexander** | § | |
| *Appellees* | § | **Third District of Texas** |

### Appellant's Unopposed Motion to
### Extend Time to File Motion for Rehearing

To the Honorable Court:

Appellant, Oscar Melendez, requests that the Court extend time for filing of his Motion for Rehearing as to the opinion herein of June 25, 2015 ("Opinion") under Rules of Appellate Procedure 10.5(b), 49.1, 49.8 and all other applicable Rules, and in support of this motion shows:

1.    <u>Regular Time for Motion for Rehearing</u>.  A Motion for Rehearing would have been regularly due by July 10, 2015. This Motion for Extension of Time is timely, since the thirtieth day after June 25, 2015 was last Saturday, and today, Monday, July 27, 2015 is the first day the clerk's office is open thereafter.

2. <u>Necessary Extension of Time</u>. Appellant asks that the Court grant him an extension for filing of Appellant's Motion for Rehearing from July 10, 2015 until today, July 27, 2015, the last day by rule for seeking reconsideration, in order that it may be deemed timely made. Much of counsel's available time in the weeks following June 25, 2015 was occupied with preparation of filings to seek to prevent foreclosures for the July 6, 2015 sale date, replies to extensive discovery and various other deadline filings. From approximately five to six weeks before the issuance of the opinion through near the date of issuance, Appellant's counsel was without his computer on five different occasions for multiple days, due to numerous software problems that rendered the computer almost completely non-functional; repairs required multiple attempts by two different sets of experts to resolve, and created numerous delays in research, consultation of colleagues and other aspects of document preparation. Appellant's counsel was also involved with family arrangements during the last illness and funeral of Betty Hay Wright (widow of the recently deceased Speaker Jim Wright), who was critically ill at the time the Motion for Rehearing was originally due, who subsequently died on July 15, 2015 and whose funeral and family gathering took place July 19, 2015. Appellant has sought no previous extension of time regarding the filing of a Motion for Rehearing.

3. <u>Prayer</u>. For these reasons, your Appellant requests that the Court:

(A)    grant an extension of the time to file Appellant's Motion for

Rehearing until July 27, 2015; and

(B)    grant Appellant such other and further relief to which he may be

entitled or is in the interest of justice.

Respectfully submitted,

*/s/ Michael Brinkley*

_____

**Michael Brinkley**
State Bar No. 03004300
BRINKLEY LAW PLLC
P. O. Box 820711
Fort Worth, Texas  76182-0711
(817) 284-3535; fax (888) 511-0946
michael@brinkleypllc.com
Attorney for Appellant

## Certificate Regarding Conference

The undersigned appellant's counsel conferred by telephone today, July 27, 2015, with counsel for appellee, James G. Ruiz, and was advised that Appellee is unopposed to the relief requested.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**
Attorney for Appellant

**Certificate of Service**. I certify that a true and correct copy of the foregoing has been served on the following counsel and/or pro se parties of record, in accordance with Texas Rule of Appellate Procedure 9.5, on the date shown:

**James G. Ruiz**
WINSTEAD PC
401 Congress Avenue, Suite 2100
Austin, Texas 78701
fax (512) 370-2850
Attorney for Appellee

Dated: July 27, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**